CHARLES SLAIGHT, *Appellee*, V. ANDY KAISER, *Appellant*.

No. 18,256.

Appeal from Sherman district court. Opinion filed June 7, 1913. Affirmed.

*John Hartzler*, of Goodland, for the appellant.

*E. F. Murphy*, of Goodland, for the appellee.

*Per Curiam:* This was an action in replevin brought by Slaight against Kaiser to recover possession of five horses and two mules. The case depended upon two questions of fact: (1) Had the horses trespassed upon the premises of appellant and caused damage to him? (2) Were the horses about to do the appellant damage when taken up? The questions were fairly submitted to the jury in the instructions. Upon sufficient evidence the jury found in favor of the appellee and the verdict was approved by the court.

The judgment is affirmed.

---

T. J. MARSHALL, *Appellant*, V. HENRY B. MILES, *Appellee*.

No. 18,258.

Appeal from Sumner district court. Opinion filed June 7, 1913. Reversed.

*James Lawrence*, of Wellington, for the appellant.

*S. B. Amidon, D. M. Dale, Jean Madalene*, and *Benjamin F. Hegler*, all of Wichita, for the appellee.

*Per Curiam:* It was error to sustain a demurrer to plaintiff's evidence. According to the proof, defendant listed his farm with plaintiff for sale at an agreed price, and was to pay a commission when a purchaser was produced who was able and willing to buy upon the terms stated. The fact that the purchaser happened to be the partner of plaintiff and would be entitled to a share of the commission would constitute no defense in an action to recover the commission.

The judgment is reversed and a new trial ordered.